# UNITED STATES DISTRICT COURT
## Eastern District of California

## Report on Person Under Supervision
*(Not to be "Filed")*

**Name of Person Under Supervision:** Kyle K. Brown   **Docket Number:** 0972 1:23CR00136-001

**Name of Judicial Officer:** United States Magistrate Judge Stanley A. Boone

**Date of Original Sentence:** 1/18/2023

**Original Offense:** Count 1: 18 U.S.C. § 13-7210 - Driving While Impaired

**Original Sentence:** ED/NC: 12 months' Probation, Mandatory Drug Testing, $25 Special Assessment, $200 Fine.

**Special Conditions:**

Community Service
Substance Abuse Assessment
Drug/Alcohol Treatment/Aftercare Co-payment
Not Operate a Motor Vehicle
May Possess a Firearm for Employment with Military

**Type of Supervision:** PROB

**Date Supervision Commenced:** 1/18/2023

**Other Court Actions:**

**07/12/2023:** Transfer of Juristiction from the Eastern District of North Carolina, Docket 5:22-MJ-1922-1 to the Eastern District of California. Case assigned to Your Honor.

RE: Kyle K Brown              **Docket Number:** 0972 1:23CR00136-001

---

## NONCOMPLIANCE SUMMARY

The purpose of this report is to advise the Court of an alleged violation of the term of supervision. The probation officer has developed a plan to dispose of the alleged noncompliance with action less than revocation, and the Court is requested to approve the plan to address the noncompliance.

The person under supervision has not complied with the following condition(s) of supervision:

**UNLAWFUL USE OF A CONTROLLED SUBSTANCE**

**Nature of Noncompliance and Probation Officer Plan/Justification:** On July 14, 2023, during an initial visit to the Modesto Probation Office, Mr. Brown submitted a drug test which tested presumptive positive for marijuana. He admitted to using the substance approximately four days prior, with a group of friends.

Mr. Brown signed an admission form, was admonished, and directed to cease all use of marijuana, and was further instructed to report back to the office on September 1, 2023. Mr. Brown reported as instructed on that date, at which time he tested negative for all controlled substances.

Besides the positive drug test, please note the supervisee is in compliance with all other supervision terms and conditions. He secured and is maintaining employment, has suitable housing, has a great support system, paid all of his monetary penalties, and completed community service as required.

Based on the above, I ask the Court to take notice of the violation conduct and allow Mr. Brown to naturally terminate from supervision on January 17, 2024.

Respectfully submitted,

*Kristin R. Smokes*

**Kristin R. Smokes**
**United States Probation Officer**
Telephone: 916-516-5764

**DATED:**    1/16/2024
                Modesto, California

Reviewed by,

**Ronnie Preap**
**Supervising United States Probation Officer**

**THE COURT ORDERS:**

☒  The Court Approves Probation Officer's Plan, and Orders No Further Action Be Taken

☐  Submit a Request for Modifying the Condition or Term of Supervision

☐  Submit a Request for Warrant or Summons

☐  Other

IT IS SO ORDERED.

Dated:  **January 16, 2024**

_____
UNITED STATES MAGISTRATE JUDGE

cc:     United States Probation

        Assistant United States Attorney: To Be assigned

        Defense Counsel: To Be assigned